LENA HABSCHI, by JOHN HABSCHI, Her Guardian ad Litem, Respondent, v. VINCENZO FELEZZOLA, Appellant.— Judgment and order reversed, on

the ground that the verdict is against the weight of the evidence, and new trial granted, with costs to the appellant to abide the event. All concur. The court disapproves of the finding that the defendant was guilty of negligence.